124

19320.   PIERCE v. THE STATE.

BROYLES, C. J.   1. The overruling of the demurrer to the accusation was not error.  Brooks v. State, 39 Ga. App. 32.

2. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

Judgment affirmed.   Luke and Bloodworth, JJ., concur.

DECIDED JANUARY 15, 1929.

John L. Wallace, M. B. Eubanks, for plaintiff in error.
Alec Harris, solicitor, contra.